M. P. No. 77-330. VIRGINIA REILLY v. EDWARD ALGER, *Alias* MRS. EDWARD ALGER, *Alias* ELEANOR ALGER. The sale of the petitioners' real estate by the sheriff of Washington County is hereby stayed pending the court's consideration of the petitioners' prayer for the issuance of the writ of certiorari. *James P. Flynn*, for petitioner. *Gary Yesser*, for defendant.

July 8, 1977.

M. P. No. 77-234. THE ORIGINAL HOMESTEAD CAFE, INC. v. JOHN H. NORBERG, *Administrator, Division of Taxation for the State of Rhode Island*. The petitioner's motion for a stay of an order entered in the Superior Court on or about June 17, 1977, is granted pending this court's consideration of the within petition for certiorari. *Thomas W. Pearlman*, for plaintiff. *Julius C. Michaelson*, Attorney General, *Allen P. Rubine*, Asst. Attorney General, *Perry Shatkin*, for respondent.

July 11, 1977.

M. P. No. 76-2. PLANTATIONS INDUSTRIAL SUPPLY OF RHODE ISLAND v. WILLIAM O'BRIEN. The plaintiff's motion to sustain its appeal because of failure of defendant to file a brief is denied, since defendant's brief was filed on May 2, 1977. *Aram K. Berberian*, for petitioner. *Julius C. Michaelson*, Attorney General, for defendant.